LOCAL BANKRUPTCY FORM NO. 24

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70007-JAD |
| Gary J. McCurdy, | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 119 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | April 14, 2021 at 10:00 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents Gary J. McCurdy.
2. This is (check one)
    __X__ a final application
    _____ an interim application
   for the period January 5, 2016 to March 16, 2021
3. Previous retainer paid to Applicant: $300.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,770.00.
5. Applicant requests additional:
   Compensation of $1,782.00 for Total Compensation of $6,552.00
   Total Expenses Used $ 500.00.
6. A hearing Zoom Video Conference Hearing will be held on **April 14, 2021 at 10:00 AM** before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.
7. Any are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **April 2, 2021** (i.e.,

seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at [www.pawb.uscourts.gov](www.pawb.uscourts.gov) to verify if a default order was signed or if the hearing will go forward as scheduled.

Date of Service: March 16, 2021

Applicant or Attorney for Applicant:

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606