**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GARY J. MCCURDY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-70007 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/08/2016 and confirmed on 3/24/16. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 59,982.85 |
| Less Refunds to Debtor | 1,803.61 | |
| TOTAL AMOUNT OF PLAN FUND | | 58,179.24 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 5,200.00 | |
|    Trustee Fee | 3,089.92 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,289.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY J. MCCURDY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY J. MCCURDY | 1,803.61 | 1,803.61 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 750.00 | 750.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6-21 | | | | |
|   PAUL W MCELRATH JR ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ | 950.00 | 950.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-17 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 22,698.31 | 0.00 | 22,698.31 |
|     Acct: 5182 | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 23,973.63 | 0.00 | 23,973.63 |
|     Acct: 9965 | | | | |
| | | | | 46,671.94 |
| **Unsecured** | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1101 | | | | |
|   BANK OF AMERICA NA** | 425.08 | 72.03 | 0.00 | 72.03 |
|     Acct: 9212 | | | | |
|   CAPITAL ONE BANK NA** | 2,347.87 | 397.85 | 0.00 | 397.85 |
|     Acct: 3179 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1292 | | | | |
|   ECAST SETTLEMENT CORP | 5,410.19 | 916.77 | 0.00 | 916.77 |
|     Acct: 4677 | | | | |
|   ECAST SETTLEMENT CORP | 4,710.37 | 798.19 | 0.00 | 798.19 |
|     Acct: 0719 | | | | |
|   CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3826 | | | | |
|   DISCOVER BANK(*) | 1,385.74 | 234.82 | 0.00 | 234.82 |
|     Acct: 0147 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|    FIDELITY INFORMATION CORP*<br>      Acct: 9188 | 0.00 | 0.00 | 0.00 | 0.00 |
|    LINCOLN AUTOMOTIVE FINANCIAL SERV<br>      Acct: 8682 | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRA/PORTFOLIO RECOVERY ASSOC<br>      Acct: 5411 | 2,383.89 | 403.95 | 0.00 | 403.95 |
|    PORTFOLIO RECOVERY ASSOCIATES, LL<br>      Acct: 7034 | 2,242.33 | 379.97 | 0.00 | 379.97 |
|    UNIVERSITY OF IOWA COMM CU<br>      Acct: 4423 | 0.00 | 0.00 | 0.00 | 0.00 |
|    UNIVERSITY OF IOWA COMM CU<br>      Acct: 0002 | 0.00 | 0.00 | 0.00 | 0.00 |
|    NATIONAL FUEL GAS DISTRIBUTION**<br>      Acct: 8030 | 81.42 | 13.80 | 0.00 | 13.80 |
|    BRIAN C NICHOLAS ESQ<br>      Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|    WELTMAN WEINBERG & REIS CO LPA<br>      Acct: 3815 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 3,217.38 |

TOTAL PAID TO CREDITORS                                                                  49,889.32

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 0.00 |
| UNSECURED | 18,986.89 |

Date: 05/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   GARY J. MCCURDY<br><br>           Debtor(s)<br><br>   Ronda J. Winnecour<br>        Movant<br>       vs.<br>   No Repondents. | Case No.:16-70007 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                      BY THE COURT:

                                      _____
                                      U.S. BANKRUPTCY JUDGE

Imaged Certificate of Notice   Page 5 of 6

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 16-70007-JAD |
|---|---|
| Gary J. McCurdy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: jfur | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary J. McCurdy, 115 Mission Meade Dr., New Castle, PA 16105-1603 |
| 14161162 | + | 1st Natl Bk, 4140 E State St, Hermitage, PA 16148-3401 |
| 14161163 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14176473 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14161167 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14204538 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14161169 | ++ | FIDELITY INFORMATION CORPORATION, PO BOX 3963, GLENDALE CA 91221-0963 address filed with court:, Fidelity Information, Po Box 100, Pacific Palisades, CA 90272 |
| 14161170 | + | Lincoln Automotive Fin, 12110 Emmet St, Omaha, NE 68164-4263 |
| 14333007 | | MidAmerican Energy Co, Credit, PO Box 4350, Davenport IA 52808-4350 |
| 14190767 | | National Fuel Gas Distribution Corporation, 6383 Main Street, Williamsville, NY 14221 |
| 14350136 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14161164 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 29 2021 02:05:06 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14171770 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 29 2021 02:03:58 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14161166 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2021 02:05:12 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14163029 | | Email/Text: mrdiscen@discover.com | May 29 2021 00:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14161168 | + | Email/Text: mrdiscen@discover.com | May 29 2021 00:50:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14161165 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 29 2021 02:05:05 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14172889 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:05:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14161171 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 29 2021 02:05:09 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14161172 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 29 2021 00:51:00 | U S Bank, 200 Gibraltar Rd, Horsham, PA 19044 |
| 14161173 | + | Email/Text: bkdesk@uiccu.org | May 29 2021 01:46:00 | Univ Of Iowa Comm Cu, 825 Mormon Trek Blvd, Iowa City, IA 52246-1814 |
| 14172687 | + | Email/Text: BKRMailOps@weltman.com | May 29 2021 00:51:00 | Weltman, Weinber & Reis Co., LPA, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |

Case 16-70007-JAD    Doc 130    Filed 05/30/21    Entered 05/31/21 00:34:33    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-7 | User: jfur | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 22 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| 14172675 | *+ | 1st Natl Bk, 4140 E State St, Hermitage, PA 16148-3401 |
| 14172676 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14172677 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14172680 | *P++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805, address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14172679 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14172681 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14172682 | *P++ | FIDELITY INFORMATION CORPORATION, PO BOX 3963, GLENDALE CA 91221-0963, address filed with court:, Fidelity Information, Po Box 100, Pacific Palisades, CA 90272 |
| 14172678 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14172683 | *+ | Lincoln Automotive Fin, 12110 Emmet St, Omaha, NE 68164-4263 |
| 14172684 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14172685 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U S Bank, 200 Gibraltar Rd, Horsham, PA 19044 |
| 14172686 | *+ | Univ Of Iowa Comm Cu, 825 Mormon Trek Blvd, Iowa City, IA 52246-1814 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2021          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Gary J. McCurdy ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4