**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    GARY J. MCCURDY

            Debtor(s)

    Ronda J. Winnecour
            Movant
         vs.
    No Repondents.

Case No.:16-70007 JAD

Chapter 13

Document No.:127

FILED
6/30/21 2:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this __30th__ day of __June__, 20__21__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____ jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-70007-JAD

Gary J. McCurdy     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: mgut     Page 1 of 2

Date Rcvd: Jun 30, 2021     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary J. McCurdy, 115 Mission Meade Dr., New Castle, PA 16105-1603 |
| 14161162 | + | 1st Natl Bk, 4140 E State St, Hermitage, PA 16148-3401 |
| 14161163 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14176473 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14161167 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14204538 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14161169 | ++ | FIDELITY INFORMATION CORPORATION, PO BOX 3963, GLENDALE CA 91221-0963 address filed with court:, Fidelity Information, Po Box 100, Pacific Palisades, CA 90272 |
| 14161170 | + | Lincoln Automotive Fin, 12110 Emmet St, Omaha, NE 68164-4263 |
| 14333007 | | MidAmerican Energy Co, Credit, PO Box 4350, Davenport IA 52808-4350 |
| 14190767 | | National Fuel Gas Distribution Corporation, 6383 Main Street, Williamsville, NY 14221 |
| 14350136 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14161164 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 23:44:01 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14171770 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 30 2021 23:43:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14161166 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 30 2021 23:58:43 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14163029 | | Email/Text: mrdiscen@discover.com | Jun 30 2021 23:44:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14161168 | + | Email/Text: mrdiscen@discover.com | Jun 30 2021 23:44:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14161165 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 30 2021 23:44:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14172889 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 23:44:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14161171 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 30 2021 23:44:01 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14161172 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 30 2021 23:45:00 | U S Bank, 200 Gibraltar Rd, Horsham, PA 19044 |
| 14161173 | + | Email/Text: bkdesk@uiccu.org | Jun 30 2021 23:45:00 | Univ Of Iowa Comm Cu, 825 Mormon Trek Blvd, Iowa City, IA 52246-1814 |
| 14172687 | + | Email/Text: BKRMailOps@weltman.com | Jun 30 2021 23:45:00 | Weltman, Weinber & Reis Co., LPA, 436 Seventh Avenue, Suite 1400, Pittsburgh, PA 15219-1827 |

Case 16-70007-JAD    Doc 136    Filed 07/02/21    Entered 07/03/21 00:33:47    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-7 | User: mgut | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 30, 2021 | Form ID: pdf900 | Total Noticed: 22 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FLAGSTAR BANK, FSB |
| 14172675 | *+ | 1st Natl Bk, 4140 E State St, Hermitage, PA 16148-3401 |
| 14172676 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14172677 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14172680 | *P++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805, address filed with court:, Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240 |
| 14172679 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14172681 | *+ | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14172682 | *P++ | FIDELITY INFORMATION CORPORATION, PO BOX 3963, GLENDALE CA 91221-0963, address filed with court:, Fidelity Information, Po Box 100, Pacific Palisades, CA 90272 |
| 14172678 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14172683 | *+ | Lincoln Automotive Fin, 12110 Emmet St, Omaha, NE 68164-4263 |
| 14172684 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14172685 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, U S Bank, 200 Gibraltar Rd, Horsham, PA 19044 |
| 14172686 | *+ | Univ Of Iowa Comm Cu, 825 Mormon Trek Blvd, Iowa City, IA 52246-1814 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Gary J. McCurdy ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4